IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARC LOMBARDO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV189 |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION FOR |
| | ) | LEAVE TO FILE PLEADING WITH |
| BARRETT PROPERTY MANAGEMENT, | ) | RESTRICTED ACCESS |
| an unincorporated entity, JOHN C., | ) | |
| BARRETT, individually, and VERLA KAY, | ) | |
| BARRETT, individually, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Marc Lombardo has filed a Motion for Leave to File his Complaint Restricted Access because it contains personal medical and disability related information which redaction cannot completely resolve. For good cause shown, it is ORDERED, that Plaintiff's motion (Filing No. 1) is granted, and Plaintiff's Complaint and Request for Jury Trial shall be accessible in the ECF system only to the parties and the Court.

Dated this 29th day of May, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

1