# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARC LOMBARDO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV189 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BARRETT PROPERTY MANAGEMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on June 22, 2012, the Office of the Clerk of Court sent a letter (Filing No. 13) to:

> John C. Chatelain
> CHATELAIN, MAYNARD LAW FIRM
> 14707 California Street, Suite 1
> Omaha, NE 68154

The letter directed the attorney to pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h), and register the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System), within fifteen days.  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on August 7, 2012, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 23, 2012**, attorney John C. Chatelain shall pay the assessment and register for the System or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in Mr. Chatelain being removed as counsel of record for the defendants.

DATED this 8th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge