**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MARC LOMBARDO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV189** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BARRETT PROPERTY** | ) | |
| **MANAGEMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Following a telephone conference with counsel on October 29, 2012,

**IT IS ORDERED**:

The court will continue the telephone planning conference to **December 27, 2012, at 10:00 a.m.**, following a scheduled mediation on December 10, 2012.  Plaintiff's counsel shall initiate the conference with the undersigned magistrate judge.

DATED this 29th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge